UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  
Thomas Hardy

Debtor

Case No. 15−31573  
Chapter 7

# NOTICE TO FILE PROOF OF CLAIM

Notice having been previously given that creditors of the above named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is

ORDERED, and NOTICE given that **February 9, 2016** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires a share in any distribution to be paid from the estate as may be allowed. Any claimant who has previously filed a claim in these proceedings is not required to re−file same and may disregard this notice.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

Electronically file (https://ecf.almb.uscourts.gov) or mail original proof of claim to:

U.S. Bankruptcy Court  
One Church Street  
Montgomery, AL 36104

A Proof of Claim ("United States Bankruptcy Court Official Form 10 also known as Form B10") is a signed statement describing a creditor's claim and can be obtained at any bankruptcy clerk's office or the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx).

Dated: November 9, 2015

Juan−Carlos Guerrero  
Clerk, U.S. Bankruptcy Court